United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DEJON PARIS, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § § | 3:24-cv-279 |
| TRANSUNION LLC and BRIDGECREST ACCEPTANCE CORPORATION, | | |
| Defendants. | | |

## STIPULATED DISMISSAL

On May 12, 2025, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 51.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed at the city of San Francisco this 13th day of May, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE